# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | CASE NO. 1:08-cv-00063-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING SECOND AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH RULE 8, AND REQUIRING PLAINTIFF TO COMPLY WITH SCREENING ORDER WITHIN THIRTY DAYS |
| v. | |
| DIANE SALBER, et al., | |
| Defendants. | (Docs. 13 and 14) |

Plaintiff Archie Cranford is a civil detainee housed at Coalinga State Hospital in Coalinga, California. Plaintiff, proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. §§ 1981 and 1983 on January 14, 2008. On August 24, 2010, the Court issued an order striking Plaintiff's unsigned amended complaint, screening Plaintiff's original complaint, and requiring Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable by the Court.

On August 30, 2010, Plaintiff filed a second amended complaint that is utterly deficient. Rule 8 requires the presentation of a short and plain statement of the jurisdictional grounds, a short and plain statement of the claims, and a prayer for relief. Fed. R. Civ. P. 8. Plaintiff's second amended complaint is nothing more than a brief paragraph stating that on December 11, 2007, Defendants Salber and Shurm failed to attend to Plaintiff when he complained of chest pain and he suffered heart damage due to a heart attack and lack of oxygen.

///

It is unclear if Plaintiff was in receipt of the Court's screening order when he submitted the second amended complaint, given that Plaintiff did not use the form provided by the Court and his second amended complaint does not comply with the screening order.[1]  Regardless, the second amended complaint fails to comply with Rule 8 in every respect and shall be stricken from the record.  Plaintiff has thirty days to comply with the screening order filed on August 24, 2010.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's second amended complaint, filed August 30, 2010, is stricken for failure to comply with Rule 8;

2. The Clerk's Office shall send Plaintiff a civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff must comply with the screening order filed on August 24, 2010; and

4. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   September 3, 2010**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not required to use the form provided, but it is helpful and provides guidance regarding what information should be included in a complaint.