# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | CASE NO. 1:08-cv-00063-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING OPPOSITION |
| v. | (Doc. 21) |
| DIANE SALBER, et al., | |
| Defendants. | |

Plaintiff Archie Cranford is a civil detainee housed at Coalinga State Hospital in Coalinga, California. Plaintiff, proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 14, 2008.

On October 12, 2010, Plaintiff filed an opposition to the section of the Court's second informational order addressing motions to dismiss for failure to exhaust. The order provides notice to pro se plaintiffs regarding motions which might be filed by the defendants and how plaintiffs may oppose them, if filed. Wyatt v. Terhune, 315 F.3d 1108 (9th Cir. 2003); Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998); Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988). The order, which is purely informational and is intended for pro se plaintiffs in general, neither requires nor permits a response by Plaintiff. Therefore, Plaintiff's opposition is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   October 15, 2010**           /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1