# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIANE SALBER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00063-SKO PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR CASE STATUS<br><br>(Doc. 32)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL, WITHOUT PREJUDICE, AS PROCEDURALLY DEFICIENT<br><br>(Doc. 33) |

Plaintiff Archie Cranford, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 14, 2008.  On May 12, 2011, Plaintiff filed a motion seeking the status of his case, and on June 3, 2011, Plaintiff filed a motion to compel.

The Court does not provide status reports and Plaintiff's motion is therefore ORDERED DISREGARDED.[1]

Plaintiff's motion to compel is not properly supported and must be denied.  If Plaintiff chooses to renew his motion, he must make a showing that he properly served his discovery requests on Defendants' counsel and that either (1) more than forty-five days passed without receipt of a

---

[1] Plaintiff's motion evidences his awareness that there is a scheduling order in place in this action.

1  response or (2) the responses received were deficient.[2]  If responses were received but are being
2  challenged by Plaintiff, he is required to provide a copy of the responses, identify which responses
3  are at issue, and set forth why the responses are deficient.
4      Plaintiff's conclusory sentence that he "filed a set of admissions and a set of interrogatories"
5  but received no response falls well short of providing the Court with sufficient information to issue
6  a ruling on the merits of this discovery dispute.  (Doc. 33.)  Accordingly, Defendants are relieved
7  of their obligation to file a response to the motion, Local Rule 230(l), and the motion is HEREBY
8  ORDERED DENIED, without prejudice to renewal.

10  IT IS SO ORDERED.
11  **Dated:    June 7, 2011**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

---

[2] Pursuant to Rule 6(d) of the Federal Rules of Civil Procedure, which provides for an additional three days for service by mail, and the Court's discovery order, which provides a forty-five day response period, Defendants are required to serve their responses by mail no later than forty-eight days after service of the requests by Plaintiff.