IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>  vs.<br><br>DIANE SALBER, et al.,<br><br>    Defendant.<br>_____ / | Case No. 1:08-cv-00063 JLT (PC)<br><br>ORDER DISREGARDING AS PREMATURE PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT<br><br>(Doc. 42) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2011, Plaintiff filed a document entitled "Opposition to Defendants Summary Judgement." (Doc. 42.) Plaintiff's document is premature as Defendants have not yet filed a motion for summary judgement.

Accordingly, the Court will disregard Plaintiff's October 26, 2011 Opposition to Defendants Summary Judgement, (Doc. 42.).

IT IS SO ORDERED.

Dated:  **November 7, 2011**              /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE

1