IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIANE SALBER, et al.,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:08-cv-00063 JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR NON OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT<br><br>(Doc. 42) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2011, Defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. (Docs. 44) Though Plaintiff filed an opposition to the motion *before* the motion was filed (Doc. 42), he has not filed one *afterward*. Because Plaintiff's opposition was filed before the motion was filed, it does not address the substantive issues raised in the motion.

　　　Plaintiff is advised that Local Rule 230(l) provides, in part, that: "Failure of the responding party to file written opposition or to file a statement of no opposition [within twenty-one days after the date of service of a motion] may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 also provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court" including, but not limited to, dismissal of the action.

1

1     Accordingly, good cause appearing, it is **HEREBY ORDERED** that, within 14 days of the date of this order, Plaintiff shall file an opposition or statement of non opposition to Defendant's November 30, 2011 motion for summary judgment.

IT IS SO ORDERED.

Dated: **January 5, 2012**             /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE